```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

JANICE JOHNSON MILLS,            )
                                 )
         Plaintiff,              )
                                 )    Case No. 4:06-cv-1134
    VS.                          )
                                 )
CITY OF MAYFLOWER,               )
                                 )
         Defendant.              )

<u>Order of Dismissal</u>

The Court, having been advised that Plaintiff, Janice Johnson Mills, has fully and finally settled her claim with the Defendant, and pursuant to that agreement, Plaintiff has agreed to dismiss her claims with prejudice as evidenced by her Motion to Dismiss with Prejudice, and that the Defendant does not object, does hereby dismiss with prejudice any and all claims of said Plaintiff with regard to the incidents giving rise to the above-styled case.

**IT IS SO ORDERED** this 10th day of November, 2008.

*/s/ Rodney S. Webb*
RODNEY S. WEBB, District Judge
United States District Court